UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE DOMINIC GILLIAM,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN PORTILLO, *et al.*,<br><br>          Respondents. | Case No. 2:25-cv-02040-ART-BNW<br><br>ORDER |

Andre Dominic Gilliam, an individual incarcerated at Nevada's Southern Desert Correctional Center, initiated this habeas corpus action, *pro se*, on October 21, 2025, by filing an application to proceed *in forma pauperis* (ECF No. 1) and submitting for filing a petition for writ of habeas corpus (ECF No. 1-1).

The information provided by Gilliam in the *in forma pauperis* application shows that Gilliam is able to pay the $5 filing fee for this action. The application will therefore be denied, and Gilliam will be required to pay the filing fee before his habeas petition is filed and this case proceeds.

It is therefore ordered that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 1) is denied. Petitioner will have 30 days following the entry of this order to pay the $5 filing fee for this action. If Petitioner does not pay the filing fee in the time allowed, this action may be dismissed.

DATED THIS 23rd day of October 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1