UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE DOMINIC GILLIAM, | Case No. 2:25-cv-02040-ART-BNW |
| Petitioner, | ORDER |
| v. | |
| RONALD OLIVER, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Andre Dominic Gilliam, who is represented by appointed counsel, was due to file an amended habeas petition by March 30, 2026. (*See* ECF No. 9.) On March 30, 2026, Gilliam filed a motion for extension of time, requesting a 45-day extension, to May 14, 2026. (ECF No. 11.) Gilliam's counsel states that the extension of time is necessary because of the need to meet with Gilliam and the time it will take to properly draft an amended petition, and because of their obligations in other cases. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the requested extension. The Court will grant the extension of time as requested. In granting this extension of time the Court does not intend to affect, in any manner, the operation of any statute of limitations applicable to this case.

///

///

///

///

///

///

1

It is therefore ordered that Petitioner's Motion for an Extension of Time (ECF No. 11) is granted. Petitioner will have until and including May 14, 2026, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered December 30, 2025 (ECF No. 9) remains in effect.

DATED THIS 2nd day of April 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE