UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANDRE DOMINIC GILLIAM,

Petitioner,

v.

RONALD OLIVER, *et al.*,

Respondents.

Case No. 2:25-cv-02040-ART-BNW

ORDER

In this habeas corpus action, the petitioner, Andre Dominic Gilliam, who is represented by appointed counsel, filed an amended petition for writ of habeas corpus on May 14, 2026. (ECF No. 13.) Respondents were then to file an answer or other response to the amended petition by July 13, 2026. (*See* ECF No. 9 (60 days for response to amended petition).) On July 13, Respondents filed a motion for extension of time, requesting a 30-day extension, to August 12, 2026. (ECF No. 18.) Respondents' counsel states that the extension of time is necessary because of their obligations in other cases and represents that Gilliam does not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the requested extension.

///

///

///

///

///

///

///

It is therefore ordered that Respondents' Motion for an Enlargement of Time (ECF No. 18) is granted. Respondents will have until August 12, 2026, to file an answer or other response to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered December 30, 2025 (ECF No. 9) remains in effect.

DATED THIS 14th day of July 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE