UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANDRE DOMINIC GILLIAM,

Petitioner,

v.

RONALD OLIVER, *et al.*,

Respondents.

Case No. 2:25-cv-02040-ART-BNW

ORDER

In this habeas corpus action, on July 10, 2026, the respondents filed a motion for leave to file an exhibit under seal. (ECF No. 16.) Petitioner Andre Dominic Gilliam, represented by appointed counsel, did not respond to that motion. While there is a strong presumption in favor of public access to judicial filings, and while courts prefer that the public retains access to them, *see Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978), a court may seal its records if a party demonstrates "compelling reasons" to do so. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). In general, "compelling reasons" exist where the records may be used for improper purposes. *Kamakana*, 447 F.3d at 1179 (citing *Nixon*, 435 U.S. at 598). The exhibit in question here is a presentence investigation report. Under Nevada law, presentence investigation reports are confidential, and are not to be made part of a public record. *See* NRS 176.156(5). The presentence investigation report filed by Respondents contains information that could be used for improper purposes. In view of the state law and considering the nature of the information in the presentence investigation report, the Court finds that there are compelling reasons for the exhibit to be filed under seal.

///

///

It is therefore ordered that Respondents' Motion for Leave to File Exhibit Under Seal (ECF No. 16) is granted. Respondents have filed under seal the exhibit that is the subject of the motion. (ECF No. 17-1.) No further action is required.

DATED THIS 27th day of July 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE